**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6852**

———————

JOHN WILLIARD HILL, a/k/a Jay Hill,

                                    Petitioner - Appellant,

        versus

MR. CONROY; ATTORNEY GENERAL FOR THE STATE OF
MARYLAND,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (CA-01-3576)

———————

Submitted:  August 15, 2002        Decided:  August 22, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John Williard Hill, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Mary Ann Rapp Ince, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Williard Hill seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Hill v. Conroy, No. CA-01-3576 (D. Md. May 21, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED